No. 562. RUPP *v.* TEETS, WARDEN. Certiorari, 355 U. S. 854, to the Supreme Court of California. The motion to substitute Fred R. Dickson, Acting Warden of the California State Prison at San Quentin as the party respondent in the place and stead of Harley O. Teets, deceased, is granted. *A. J. Zirpoli* for movant-petitioner.

No. 382. FIRST UNITARIAN CHURCH OF LOS ANGELES *v.* COUNTY OF LOS ANGELES ET AL.; and

No. 385. VALLEY UNITARIAN-UNIVERSALIST CHURCH, INC., *v.* COUNTY OF LOS ANGELES ET AL. Certiorari, 355 U. S. 853, 854, to the Supreme Court of California. The motion for leave to file brief of American Civil Liberties Union, as *amicus curiae,* is granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Kenneth W. Greenawalt* for the American Civil Liberties Union, movant, urging reversal. *Harold W. Kennedy* for respondents in opposition to the motion.

No. 146. UNITED STATES *v.* McNINCH, DOING BUSINESS AS HOME COMFORT CO., ET AL. Certiorari, 355 U. S. 808, to the United States Court of Appeals for the Fourth Circuit. The motion to remove this case from the summary calendar is granted and a total of one hour and a half allowed for oral argument. *A. C. Epps* and *Charles W. Laughlin* for Cato Bros., Inc., et al., respondents.

No. 548. JOSEPH ET AL. *v.* INDIANA. Certiorari, 355 U. S. 812, to the Supreme Court of Indiana. It is ordered that *William S. Isham, Esquire,* of Fowler, Indiana, a member of the Bar of this Court, be appointed to serve as counsel for the petitioners in this case.